JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
ROBERT C. RODRIGUEZ, SBN 305101
robert.rodriguez@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant
C & S WHOLESALE GROCERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DEAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>C & S WHOLESALE GROCERS, INC. and DOES 1 - 100, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-CV-02041-WBS-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint Filed:　September 15, 2020<br>Trial Date:　　　　None Set<br>Judge:　　　　　　Hon. William B. Shubb<br>Magistrate Judge:　Hon. Allison Claire |

Plaintiff DONALD DEAN and Defendant C & S WHOLESALE GROCERS, INC., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND ORDER OF DISMISSAL**

DATED: June 29, 2021                    FLETCHER B. BROWN LAW FIRM


                                        By: */s/ Fletcher B. Brown*
                                            Fletcher B. Brown

                                        Attorney for Plaintiff
                                        DONALD DEAN


DATED: June 29, 2021                    OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.


                                        By: */s/ Robert C. Rodriguez*
                                            James T. Conley
                                            Robert C. Rodriguez

                                        Attorneys for Defendant
                                        C & S WHOLESALE GROCERS, INC.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

DATED: June 29, 2021                    OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.


                                        By:  */s/ Robert C. Rodriguez*
                                            James T. Conley
                                            Robert C. Rodriguez

                                        Attorneys for Defendant
                                        C & S WHOLESALE GROCERS, INC.


/ / /

/ / /

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: June 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

47546041.1